ACCEPTED
15-25-00180-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 5:17 PM
CHRISTOPHER A. PRINE
CLERK

15-25-00180-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 5:17:57 PM
CHRISTOPHER A. PRINE
Clerk

ROSALINDA E. ROMERO,
Plaintiff-Appellant,

v.

TEXAS PERMANENT SCHOOL FUND CORP.
Defendant-Appellee.

On Appeal from the 98th Judicial District Court, Travis County, Texas
Trial Court Cause No. : D-1-GN-24-009170

APPELLANT'S MOTION FOR EXTENSION
OF DEADLINE TO FILE APPELLANT'S BRIEF

John F. Melton
Email: jmelton@jfmeltonlaw.com
State Bar No. 24013155
THE MELTON LAW FIRM, P.L.L.C.
6001 Bold Ruler Way, Suite 100
Austin, Texas 78746
(512) 633-9059 Telephone
ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF SAID COURT AND THE COURT CLERK:

COME NOW, Appellant Rosalinda E. Romero, and hereby files this Motion for Extension of Deadline to File Appellant's Brief, and would respectfully show the Court as follows:

The clerk's record in this case was filed September 5, 2025.

The Appellee filed its Motion to Transfer Appeal to the Fifteenth Court of Appeals on August 20, 2025. The Appellant filed her Response to Appellee's Motion to Transfer Appeal to the Fifteenth Court of Appeals on September 2, 2025, and the Appellee filed its Reply on September 5, 2025. On October 28, 2025, the Third Court of Appeals issued its Order and Memorandum Opinion transferring this appeal to the Fifteenth Court of Appeals.

On October 28, 2025, the undersigned received the Fifteenth Court of Appeals notice stating that the Appellant's brief was due on October 6, 2025.

Appellant requested a twenty three (23) day extension requesting that the deadline be extended to November 26, 2025 which the court granted.

Appellant requests an additional fourteen (14) day extension requesting that the deadline for Appellant's Brief be extended to December 10, 2025.

Counsel for Appellant has had numerous hearings and responses to motions the past several weeks, and will be spending time with his family during the

Thanksgiving Holiday, and needs additional time to prepare Appellant's Brief.

This request for extension of time is not being made for purpose of delay, but so that justice may be done.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court extend the deadline to file Appellant's Brief until December 10, 2025.

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff has contacted counsel for Appellee who has stated that he is conferring with his client regarding this motion.

/s/ John F. Melton
John F. Melton

Respectfully submitted,

The Melton Law Firm, P.L.L.C.
6001 Bold Ruler Way, Suite 100
Austin, Texas 78746
(512) 633-9059 Telephone

*/s/ John F. Melton*
John F. Melton
EMAIL: jmelton@jfmeltonlaw.com
State Bar No. 24013155
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record **Via Email** on this 26th day of November, 2025,  addressed as follows:

email: dschlottman@jw.com
David Schlottman
Jackson Walker, LLP
2323 Ross, Suite 600
Dallas, Texas 75201
COUNSEL FOR APPELLEE

*/s/ John F. Melton*
John F. Melton

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Melton
Bar No. 24013155
jmelton@meltonkumler.com
Envelope ID: 108516480
Filing Code Description: Motion
Filing Description: Motion for Emergency Relief - Motion to Extend Brief Deadline - Romero
Status as of 12/1/2025 7:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paige Densman | | paige@jfmeltonlaw.com | 11/26/2025 5:17:57 PM | SENT |
| John Melton | | jmelton@jfmeltonlaw.com | 11/26/2025 5:17:57 PM | SENT |
| David Schlottman | 24083807 | dschlottman@jw.com | 11/26/2025 5:17:57 PM | SENT |